EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Extensión de Términos por Motivo concesión del día 7 de enero de 2005 | 2005 TSPR 1<br><br>163 DPR _____ |

Número del Caso: EM-2005-1

Fecha: 3 de enero de 2005

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Extensión de Términos
por concesión del día          EM-2005-1
7 de enero de 2005


RESOLUCIÓN

San Juan, Puerto Rico, a 3 de enero de 2005.

El Juez Presidente, Hon. Federico Hernández Denton, ha concedido a los empleados y funcionarios de la Rama Judicial el día viernes, 7 de enero de 2005, libre con cargo a vacaciones.

A tales efectos, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73 y se considerará el viernes, 7 de enero de 2005 como si fuera un día feriado completo. Cualquier término a vencer ese día se extenderá hasta el martes 11 de enero de 2005, próximo día laborable.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo